# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 28, 2005

129938 & (64)

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

PREDRAG PERIC,
     Plaintiff-Appellant,

v

                                      SC: 129938
                                        COA: 259222
                                        Wayne CC: 00-027426-DM

WENDY LEIGH PERIC,
     Defendant-Appellee.

_____/

      On order of the Court, the application for leave to appeal the August 30, 2005 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court. The motion for dismissal is DENIED as moot.



     I,  Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 28, 2005 _____

p1220

_____
Clerk